**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **SHIRLEY LIDDY,** | ) | **CASE NO. 1:12CV1774** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. | ) | |
| | ) | |
| | ) | |
| **OFFICER JOSEPH MEGYESI, et al.,** | ) | O R D E R |
| | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

This Court has reviewed the Report and Recommendation (Doc.#11) of Magistrate Judge Greg White regarding Defendant's Motion to Dismiss Plaintiff's Complaint (Doc.#8). Plaintiff was granted until October 30, 2012 to oppose, but no brief was submitted. The Magistrate Judge recommends that Defendant's Motion to Dismiss be granted. Plaintiff has not filed any objections to the Report and Recommendation.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 11 ) and grants Defendant's Motion to Dismiss. Plaintiff's Complaint is dismissed.

IT IS SO ORDERED.

Dated: 12/3/2012

*S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE